**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)   __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | _____ | _____ |
   | Number     Street | Number     Street |
   | | _____ |
   | | P.O. Box |
   | _____ | _____ |
   | City          State     ZIP Code | City          State     ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | _____ | _____ |
   | County | Number     Street |
   | | _____ |
   | | _____ |
   | | City          State     ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | _____ | Case number *(if known)* _____ |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check all that apply*:

❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

❑ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

         District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                              MM / DD / YYYY

         Case number, if known _____

Debtor _____     Case number *(if known)*_____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
      Number      Street

    _____

    _____
      City            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name   _____

    Phone         _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    Prestige Industries LLC
          Name                                          Case number (if known) 17-

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 27 / 2017
              MM / DD / YYYY

X _____      Jonathan Fung
Signature of authorized representative of debtor    Printed name

Title CEO/CFO

**18. Signature of attorney**

X /s/Peter C. Hughes                    Date    01/27/2017
Signature of attorney for debtor                MM  / DD / YYYY

Peter C. Hughes
Printed name
Dilworth Paxson LLP
Firm name
One Customs House, Suite 500, 704 King Street
Number      Street
Wilmington                              DE          19801
City                                    State       ZIP Code

(215)575-7000                           phughes@dilworthlaw.com
Contact phone                           Email address

4180                                    DE
Bar number                              State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

## WRITTEN CONSENT AND ACTION OF THE MANAGER
## PRESTIGE INDUSTRIES LLC
### JANUARY 27, 2017

The undersigned, being the sole Manager of Prestige Industries LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), hereby takes the following actions without the formality of convening a meeting in accordance with Section 18-302 of the Delaware Limited Liability Company Act, as amended, and the Company's Operating Agreement, with the same effect as if such actions were taken pursuant to resolutions presented to and adopted by the Manager at a duly constituted meeting thereof, and thereby direct that this Written Consent and Action be filed with the minutes of the meetings of the Company.

## VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

WHEREAS, the Manager has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Manager has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"); and

RESOLVED, that the Chief Executive Officer, Chief Financial Officer, Chief Restructuring Officer, the Secretary, and the Treasurer of the Company, or any of them (the "Authorized Officers"), be, and each of them acting in concert or alone hereby is authorized, empowered and directed, in their respective capacities as officers, and on behalf of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral, and provide adequate protection therefor and to obtain debtor-in-possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Dilworth Paxson LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing

of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and

RESOLVED, that each of the Authorized Officers of the Company is hereby authorized, empowered, and directed to take such action and to execute such documents as may be necessary or desirable to carry out the intent and purposes of the foregoing resolutions; and

RESOLVED, that any and all actions heretofore or hereafter taken by the Authorized Officers within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the act and deed of Company; and

RESOLVED, that this consent may be executed by facsimile or any other electronic means of reproduction, and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

## SIGNATURES BEGIN ON NEXT PAGE

119423425_2

The undersigned hereby consents to the actions to be taken by the Company contemplated by the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent and Action of the Manager as of the date first written above.

_____

Stuart Newman

# CONSENT OF MEMBER

St. Cloud Capital Partners II, L.P. hereby consents to the filing by Prestige Industries, LLC, of a voluntary petition under Chapter 11 of the Bankruptcy Code as provided in the foregoing Written Consent and Action of Manager.

**St. Cloud Capital Partners II, L.P.**
By: SCGP II, LLC
Its General Partner

Robert Lautz
Managing Member,  SCGP II, LLC

119423425_1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Prestige Industries LLC, | : | Case No. 17- |
|  | : |  |
| Debtor. | : |  |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners |
|---|---|---|
| Prestige Industries LLC | Sang Cho<br><br>Cho Holdings LLC<br><br>St. Cloud Capital Partners II, LP<br><br>St. Cloud/CPEC<br>(Holdco Blocker) LP<br><br>Byung Woo Cho | None. |

/s/Jonathan Fung

Dated: January 27, 2017

Jonathan Fung
CEO/CFO

119423664_1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Prestige Industries LLC, | : | Case No. 17- |
| | : | |
| Debtor. | : | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Bankruptcy Rules 1007(a)(3), the following is a list entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Sang Cho 227 West 77th Street, Apt. 11E New York, NY 10024 | Common Units "A" | $100,008.42 |
| Sang Cho 227 West 77th Street, Apt. 11E New York, NY 10024 | Series C Preferred Units | $116,670.00 |
| Cho Holdings LLC 227 West 77th Street, Apt. 11E New York, NY 10024 | Common Units "A" | $732,515.04 |
| St. Cloud Capital Partners II, LP 10866 Wilshire Blvd., Suite 1450 Los Angeles, CA 90024 | Series A Preferred Units | $1,863,627.36 |
| St. Cloud Capital Partners II, LP 10866 Wilshire Blvd., Suite 1450 Los Angeles, CA 90024 | Series C Preferred Units | $3,218,320.69 |

| | | |
|---|---|---|
| St. Cloud/ CPEC (Holdco Blocker) LP<br>10866 Wilshire Blvd., Suite 1450<br>Los Angeles, CA 90024 | Series A Preferred Units | $1,136,372.64 |
| St. Cloud/ CPEC (Holdco Blocker) LP<br>10866 Wilshire Blvd., Suite 1450<br>Los Angeles, CA 90024 | Series C Preferred Units | $1,962,491.75 |
| Byung Woo Cho<br>1099 Briar Way<br>Fort Lee, NJ 07024 | Series B Preferred Units | $650,000.00 |

/s/Jonathan Fung

Dated: January 27, 2017

Jonathan Fung
CEO/CFO

Fill in this information to identify the case and this filing:

Debtor Name __Prestige Industries LLC__

United States Bankruptcy Court for the: _____    District of __Delaware__
(State)

Case number (if known): __17-__ _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/27/2017__          ✗ _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       __Jonathan Fung__
                                       Printed name

                                       __CEO/CFO__
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Prestige Industries LLC

United States Bankruptcy Court for the: District of Delaware
                                                    (State)

Case number (If known): 17-_____

☐ Check if this is an
    amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest on a Consolidated Basis**

**Unsecured Claims and Are Not Insiders**                                      **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims
which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. §
101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral
value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Ecolab Inc. 6634 Rocky Falls Road Charlotte, NC 28211 | Jim.reiser@ecolab.com | | | | | $249,429.59 |
| 2 | U.S. Dept. of Labor 299 Cherry Hill Road, Suite 103 Parsippany, NJ 07054 | | | | | | $221,950.00 |
| 3 | ConEdison Solutions 100 Summit Lake Drive Valhalla, NY 11801 | harmonh@conedsolutions.com | | | | | $179,809.53 |
| 4 | 2101 91st Street, LLC PO Box 35251 Newark, NJ 07193-5251 | Pat.leary@hartzmountain.com | | | | | $149,649.06 |
| 5 | Ryder 119 Moonachie Avenue Moonachie, NJ 07074 | Gina_maia@ryder.com | | | | | $134,760.48 |
| 6 | Tingue 7009 Cessna Drive Greensboro, NC 27409 | mstrauss@tingue.com | | | | | $106,426.36 |
| 7 | Constellation PO Box 5472 Carol Stream, IL 60197-5472 | questions@constellation.com | | | | | $101,441.16 |

| 8 | PSEG<br>PO Box 14444<br>New Brunswick, NJ | Pseg-baandr@pseg.com | | | | | $81,667.12 |
|---|---|---|---|---|---|---|---|
| 9 | Jackson Lewis P.C.<br>58 S. Service Road, Suite 250<br>Melville, NY 11747 | trippn@jacksonlewis.com | | | | | $70,943.66 |
| 10 | Direct Machinery<br>50 Commerce Place<br>Hicksville, NY 11801 | rhirsch@directmachinery.com | | | | | $64,271.21 |
| 11 | Minda Supply Co.<br>380 Franklin Turnpike<br>Mahwah, NJ 07430 | scott@mindasupply.com | | | | | $59,873.25 |
| 12 | Truck Body East<br>50 Main Street<br>Orange, NJ 07050 | nick@truckbodyeast.com | | | | | $43,321.66 |
| 13 | Prestige Poly LLC<br>121-15th Street<br>Brooklyn, NY 11215 | sam@prestigepolybags.com | | | | | $37,850.00 |
| 14 | Nationalgrid<br>2400 Sunrise Highway<br>Bellmore, NY 11215 | P. (800) 930-5003 | | | | | $30,259.17 |
| 15 | Pedowitz Machinery Movers of CT<br>571 Plains Road<br>Milford, CT 06461 | Leanne@pedowitz.com | | | | | $30,000.00 |
| 16 | Larry J. Lichtenegger, Esq.<br>3850 Rio Road, Box 58<br>Carmel, CA 93923 | lawyer@mbay.net | | | | | $26,966.54 |
| 17 | Rosenthal & Rosenthal, Inc.<br>1370 Broadway<br>New York, NY 10018 | P. (212) 356-1400 | | | | | $25,000.00 |
| 18 | American Packaging Dist. Corp.<br>831 Lincoln Ave., Unit 7<br>West Chester, PA 19380 | webinfo@keypackaging.com | | | | | $23,412.19 |
| 19 | St. Cloud Capital LLC<br>10866 Wilshire Boulevard, Suite 1450<br>Los Angeles, CA 90024 | jmay@stcloudcapital.com<br>ktom@stcloudcapital.com | | | | | $20,030.79 |
| 20 | Bryson Casualty Insurance Services, Inc.<br>3777 Long Beach Blvd, Suite 500<br>Long Beach, CA 90807 | P. (562) 435-4267 | | | | | $20,000.00 |

119426228_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Prestige Industries LLC, | : | Case No. 17-_____ |
|  | : |  |
| Debtor. | : |  |

## <u>VERIFICATION OF CREDITOR MATRIX</u>

I, Jonathan Fung, the duly qualified and elected officer of the Debtor hereby verify,

that the attached list of creditors is true and correct to the best of my information and belief.

Dated: January <u>27</u>, 2017

/s/Jonathan Fung

Jonathan Fung
CEO/CFO

Matrix.txt

UNITED STATES TRUSTEE
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT-BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
PO BOX 245
TRENTON, NJ 08695-0267

2101 91ST STREET, LLC
PO BOX 35251
NEWARK, NJ 07193-5251

A & M INDUSTRIAL, INC.
PO BOX 1044
37 WEST CHERRY
RAHWAY, NJ 07065

ABC FIRE & SAFETY
750 FAIRFIELD AVENUE
KENILWORTH, NJ 07033

ADLER TANK RENTALS
P.O. BOX 45081
SAN FRANCISCO, CA 94105-0081

AFLAC
1932 WYNNTON ROAD
ATTN: REMITTANCE PROCESSING
COLUMBUS, GA 31999-0797

AIR CENTER INC
P.O. BOX 406 270 MONROE AVE.
KENILWORTH, NJ 07033

ALLIED BENEFIT SYSTEMS, INC
277 PARK AVENUE, STE 4101
NEW YORK, NY 10172

AMERICAN BOILER COMPANY
636 S. 21ST STREET
IRVINGTON, NJ 07111

AMERICAN LAUNDRY SYSTEMS
800 BROADWAY
HAVERHILL, MA 01832

AMERICAN PACKAGING DIST. CORP.
P.O. BOX 583
WEST CHESTER, PA 19381

Matrix.txt

AMERICAN PACKAGING DIST. CORP.
831 LINCOLN AVE., UNIT 7
WEST CHESTER, PA 19380

AQUARECYLE LLC
PO BOX 680903
MARIETTA, GA 30068

ATLAS CONSOLIDATED MACHINE CORP.
53 BLEEKER STREET
PATERSON, NJ 07524

BERGEN OVERHEAD DOOR, LLC
131 LIBERTY STREET
HACKENSACK, NJ 07601

BROWN CHEMICAL
302 WEST OAKLAND AVE
P.O. BOX 440
OAKLAND, NJ 07436-0440

BRYSON CASUALTY INSURANCE SERVICES, INC.
3777 LONG BEACH BLVD. SUITE 500
LONG BEACH, CA 90807

CARRY LANDSCAPING DESIGN & MASONRY
59 LANDVIEW DR.
HUNTINGTON STATION, NY 11746

CASCADE WATER SERVICES
113 BLOOMINGDALE ROAD
HICKSVILLE, NY 11801

CONEDISON SOLUTIONS
PO BOX 223246
PITTSBURGH, PA 15251-2246

CONEDISON SOLUTIONS
100 SUMMIT LAKE DRIVE
VALHALLA, NY 11801

CONSTELLATION
PO BOX 5472
CAROL STREAM, IL 60197-5472

DIRECT MACHINERY
50 COMMERCE PLACE
HICKSVILLE, NY 11801

DIVERSIFIED PLASTIC INC
1309 HIGHWAY 917 WEST
LATTA, SC 29565

DOL - OSHA
US DOL OSHA
500 ROUTE 17 SOUTH, 2ND FL.
HASBROUCK HEIGHTS, NJ 07604

EASTERN LIFT TRUCK
560 STELTON ROAD
PISCATAWAY, NJ 08854

ECOLAB INC
PO BOX 32027
NEW YORK, NY 10087-2027

Matrix.txt

```
ECOLAB INC
6634 ROCKY FALLS ROAD
CHARLOTTE, NC 28211

EKLUND PARK
PO BOX 435
FARMINGDALE, NY  11735

EMPIRE COMMERCIAL SERVICES, L.P.
543 CARY AVE
STATEN ISLAND, NY 10310

ENTERPRISE FM TRUST
PO BOX 800089
KANSAS CITY, MO 64180-0089

ENVIRO-COMP., INC.
P.O. BOX 3457
WAYNE, NJ  07474-3457

ETECH SUM
2090 ELM STREET SE
MINNEAPOLIS, MN 55414

FAIRFIELD LAUNDRY MACHINERY
5 MONTESANO ROAD
FAIRFIELD, NJ 07004

GCF / A DIVISION OF KAMAN
119 ROCKLAND AVE
NORTHVALE, NJ 07647

GENA MILLER
83 GARDEN ST.
TEANECK, NJ  07666

GRAINGER
DEPT 862784089
PALATINE, IL 60038-0001

GREATAMERICA FINANCIAL SERVICES
PO BOX 660831
DALLAS, TX  75266-0831

GREATER PATERSON CHAMBER OF COMMERCE
100 HAMILTON PLAZA
PATERSON, NJ 07505

HILCO VALUATION SERVICES, LLC
5 REVERE DRIVE SUITE 300
NORTHBROOK, IL 60062

HOTEL ASSOCIATION OF NEW YORK CITY, INC.
320 PARK AVENUE  NEW YORK
NEW YORK, NY 10022-6398

INK STROKES, INC
2039 DOG ROSE LANE
DACULA, GA 30019

INTEGRATED SCALE SYSTEMS
20-B KULICK ROAD
FAIRFIELD, NJ 07004

IPFS CORPORATION
```

Matrix.txt

PO BOX 100391
PASADENA, CA 91189-0391

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087

JACKSON LEWIS P.C.
PO BOX 416019
BOSTON, MA 02241-6019

JACKSON LEWIS P.C.
58 S. SERVICE ROAD, SUITE 250
MELVILLE, NY 11747

KOREAN PEST CONTROL CO.
162-27 DEPOT RD. #2R
FLUSHING, NY 11358

KROLL ONTRACK, LLC (CORPORATE RISK HLDGS III INC)
PO BOX 845823
DALLAS, TX 75284-5823

LARRY J. LICHTENEGGER, ESQ.
3850 RIO ROAD,  BOX 58
CARMEL, CA 93923

LUCKY DEAN ABERNATHY
8 BERKELEY PLACE
FAIR LAWN, NJ  07416

MAGGIO ENVIRONMENTAL SERVICES
88 OLD DOCK ROAD
YAPHANK, NY 11980

MAINELINE COMPUTER SYSTEMS
16 NORTHBROOK DRIVE
FALMOUTH, ME 04105

MEDLEY CAPITAL CORPORATION
375 PARK AVE  #3304
NEW YORK, NY  10152

MICROSOFT CORPORATION
PO BOX 842103
DALLAS, TX 75284-2103

MINDA SUPPLY CO
PO BOX 604
380 FRANKLIN TURNPIKE
MAHWAH, NJ 07430

NATIONAL CLEANERS ASSOC. INC
252 W. 29TH ST, BSMT
NY, NY 10001

NATIONALGRID
PO BOX 11791
NEWARK, NJ 07101-4791

NATIONALGRID
2400 SUNRISE HIGHWAY
BELLMORE, NY 11215

NJ AIR QUALITY, LLC
999 RIVERVIEW DRIVE SUITE 201

Matrix.txt

TOTOWA, NJ 07512

NONSTOP PRINT
465 COMMERCIAL AVE
PALISADES PARK, NJ 07650

NORTH BERGEN BUSINESS LICENSE RENEWAL
4233 KENNEDY BOULEVARD
NORTH BERGEN, NJ  07047

OMARA ENGINEERING PC
RONALD J. O'MARA
5813 MAIN STREET
WILLIAMSVILLE, NY 14221

OPM PLUMBING
165A EADS STREET
WEST  BABYLON, NY 11704

PARTS PLUS INDUSTRIAL SUPPLY, INC
85 FIFTH AVE
PATERSON, NJ 07524

PASSAIC VALLEY SEWERAGE
600 WILSON AVE
ATTN: FINANCE DEP.
NEWARK, NJ  107105

PASSAIC VALLEY WATER COM
PO BOX 11393
NEWARK, NJ  07101-4393

PEDOWITZ MACHINERY MOVERS OF CT
571 PLAINS ROAD
MILFORD, CT 06461

PRECISION ELECTRIC MOTOR WORKS
18 SEBAGO STREET
CLIFTON, NJ 07013

PRESTIGE POLY LLC
PO BOX 150637
BROOKLYN, NY 11215

PRESTIGE POLY LLC
121-15TH STREET
BROOKLYN, NY 11215

PRIMO FLEET SERVICE, INC
42 SKYLARK LANE
LEVITTOWN, NY 11756

PROTECTIVE MEASURES
305 PALMER ROAD
DENVILLE, NJ 07834

PSE&G
PO BOX 1444
NEW BRUNSWICK, NJ 08906-4444

PSE&G / LIPA
PO BOX 9039
HICKSVILLE, NY 11802-9039

PSE&G
CREDIT AND COLLECTION CENTER

Matrix.txt

PO BOX 490
CRANFORD, NJ   07016-0490

ROSENTHAL & ROSENTHAL, INC.
1370 BROADWAY
NEW YORK, NY 10018

RYDER
119 MOONACHIE AVE
MOONACHIE, NJ 07074

SAX BST LLP
855 VALLEY ROAD
CLIFTON, NJ 07013

SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181

ST. CLOUD CAPITAL LLC
10866 WILSHIRE BOULEVARD, SUITE 1450
LOS ANGELES, CA 90024

STAR CAPITAL LEASE S/T
650 PARK AVE, STE. 210
KING OF PRUSSIA, PA   19406

SUFFOLK CNTY WATER AUTHORITY
4060 SUNRISE HIGHWAY
OAKDALE , NY 11769

SUPERIOR OIL CO. OF NJ
10 MARY ST
NEWARK, NJ 07105

TERMINIX
PO BOX 742592
CINCINNATI, OH 45274

TINGUE
P.O. BOX 824619
PHILADELPHIA, PA 19182-4619

TOWER WEST CLEANERS, INC.
161 AMSTERDAM AVENUE
NEW YORK, NY 10023

TOWNSHIP OF LYNDHURST
DEPT. OF FIRE SAFETY
253 STYVESANT AVE
LYNDHURST, NJ 07071

TRUCK BODY EAST
50 MAIN STREET   , ORANGE
NEW JERSEY   07050

TRUSTMARK VOLUNTARY BENEFIT SOLUTIONS, INC.
75 REMITTANCE DR, SUITE 1791
CHICAGO, IL   60675-1791

U.S. DEPT. OF LABOR - OSHA
299 CHERRY HILL ROAD, SUITE 103
PARSIPPANY, NJ   07054

ULINE
ATTN. ACCOUNTS RECEIVABLE

Matrix.txt

PO BOX 88741
CHICAGO, IL 60680-1741

US CARGO CONTROL
PO BOX 924
DES MOINES, IA 50304

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833

VERIZON
6415-6455 BUSINESS CENTER DRIVE
HIGHLANDS RANCH, CO 80130

W.B. MASON CO., INC.
P.O. BOX 981101
BOSTON, MA 02298-1101

WASTE MANAGEMENT OF NEW JERSEY
P.O. BOX 13648
PHILADELPHIA, PA 19101

WEBER OIL
601 INDUSTRIAL ROAD
CARLSTADT, NJ 07072

WELLS FARGO
PO BOX 63020
SAN FRANCISCO, CA  94163

XDS INC
P.O. BOX 128
ALLENTOWN, NJ 08501

YANKEE PROPANE, INC
PO BOX 486
FLORIDA, NY 10921

ZINKAN
1919 CASE PARKWAY NORTH
TWINSBURG, OH 44087

WPS & ASEU, LOCAL 811
534 3RD AVENUE
BROOKLYN, NY 11209

UFCW LOCAL 2013
9235 4TH AVENUE
BROOKLYN, NY 11209

LOCAL 1964 UNION
11 TEANECK ROAD
2ND FLOOR
RIDGEFIELD PARK, NJ 07660

NYHTC, AFL-CLO (AKA LOCAL 6)
707 EIGHTH AVENUE
NEW YORK, NY 10036