IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
Prestige Industries LLC,                                    :   Case No. 17-10186 (KG)
                                                            :
            Debtor.                                         :
                                                            :
------------------------------------------------------------x

**STATEMENT OF MEDLEY CAPITAL CORPORATION REGARDING** *MOTION OF PRESTIGE INDUSTRIES LLC FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING IT TO OBTAIN POST-PETITION FINANCING PURSUANT TO SECTIONS 363 AND 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING IT TO ENTER INTO THE DEBTOR-IN-POSSESSION CREDIT AGREEMENTS, AND (III) GRANTING ADMINISTRATIVE PRIORITY CLAIMS TO DIP LENDERS PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE AND MODIFYING THE AUTOMATIC STAY TO IMPLEMENT THE TERMS OF THE DIP ORDER*

Medley Capital Corporation ("Medley"), by and through its undersigned counsel, hereby submits this statement with respect to the *Motion of Prestige Industries LLC for Entry of Interim and Final Orders: (I) Authorizing it to Obtain Post-Petition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Authorizing it to Enter Into the Debtor-in-Possession Credit Agreements, and (III) Granting Administrative Priority Claims to DIP Lenders Pursuant to Section 364 of the Bankruptcy Code and Modifying the Automatic Stay to Implement the Terms of the DIP Order* [Docket No. 14] (the "DIP Motion"), and respectfully states as follows:

**STATEMENT**

1.      Medley is Agent and lender with respect to the second lien indebtedness under and in connection with (i) the Securities Purchase Agreement, dated as of February 7, 2012 (the "Securities Purchase Agreement"), by and between Prestige Industries LLC ("Prestige" or the "Debtor"), St. Cloud Capital Partners II, L.P., and Medley, (ii) the 13% Second Amended and

Restated Secured Promissory Note, dated as of April 30, 2015 (the "Promissory Note"), issued by Prestige in favor of Medley and (iii) certain documents and agreements in connection with the foregoing (together with the Securities Purchase Agreement and the Promissory Note, the "Subordinated Debt Documents").

2. On January 30, 2017 (the "Petition Date"), the Debtor commenced this chapter 11 case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. The Debtor continues to manage and operate its business as debtor in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4. As of the date hereof, no creditors' committee, trustee or examiner has been appointed in this chapter 11 case.

5. Together with its voluntary petition, the Debtor filed certain "first day motions," including the DIP Motion. In the DIP Motion, the Debtor seeks approval of an interim debtor-in-possession financing facility (the "Wells DIP Loan") with Wells Fargo Bank, N.A. ("Wells Fargo"), the Debtor's pre-petition first-lien lender, and, subject to entry of a final order, a final debtor-in-possession financing facility (the "Rosenthal DIP Loan") with Rosenthal & Rosenthal, Inc. ("Rosenthal").

6. The Wells DIP Loan is a roll-up loan in the maximum amount of $5.2 million, which represents no change in the maximum amount of the Debtor's pre-petition credit facility with Wells Fargo, and which may be drawn by the Debtor in periodic advances limited by an availability formula. The Debtor is seeking interim approval to borrow up to $725,000 in addition to the current loan balance of approximately $3,275,000.

7. The Rosenthal DIP Loan, which the DIP Motion contemplates to be provided after the final order on the DIP Motion and which proposes to pay off the Wells Fargo debt in full, is also in the maximum amount of $5.2 million, and the Debtor's ability to borrow thereunder is limited by an availability formula. The Rosenthal DIP Loan bears interest at rates ranging from 6% to 9.5% and the default rate is 1.5%. There are various fees and charges under the Rosenthal DIP Loan in an aggregate amount of no less than $208,000 (or 4% of the maximum availability). Under the Rosenthal DIP Loan, the Debtor would be required to adhere to a timeline for the filing and confirmation of a plan, failing which the Debtor would then be required to follow a timeline for the sale of its assets. The termination date of the Rosenthal DIP Loan is February 28, 2018, subject to earlier termination upon default.

8. The Debtor did not provide Medley with any advance notice of the chapter 11 filing, nor did it ever approach Medley to request or otherwise discuss any potential debtor in possession financing. Medley does not contest the Debtor's need to obtain post-petition financing in this case. Medley would, however, like to advise the Court that it is in the process of preparing a term sheet for an alternative debtor-in-possession financing facility, which contemplates terms that are more favorable to, and in the better interests of, the Debtor's estate than the Rosenthal DIP Loan.

[*Text Continues on the Next Page*]

9. Medley reserves all of its rights in connection with the Debtor's request for post-petition financing, under the Subordinated Debt Documents and otherwise.

| | |
|---|---|
| Dated: January 31, 2017<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown, Esq. (DE 4050)<br>Kaitlin M. Edelman, Esq. (DE 5924)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@dlapiper.com<br>          kaitlin.edelman@dlapiper.com<br><br>-and-<br><br>Thomas R. Califano, Esq.<br>Daniel G. Egan, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: thomas.califano@dlapiper.com<br>          daniel.egan@dlapiper.com<br><br>*Counsel to Medley Capital Corporation* |