# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prestige Industries LLC, | Case No. 17-10186 (KG) |
| Debtor. | **Hearing Date: February 17, 2017 at 10:00 AM**<br>**Objection Deadline: February 14, 2017 by 4:00 PM** |

## NOTICE OF MOTION

To:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that the above-captioned debtor and debtor in possession (the "Debtor") has filed a Motion of Debtor, Prestige Industries LLC, For entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain and Renew Prepetition Insurance Policies and Pay All Obligations In Respect Thereof and (II) Granting Related Relief (the "Motion").

You are required to file a response to the attached Application on or before February 14, 2017 by 4:00 PM.

At the same time, you must also serve a copy of the response upon the Debtor's attorney:

Peter C. Hughes
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

PLEASE TAKE FURTHER NOTICE that a hearing with respect to this Motion is scheduled for February 17, 2017 at 10:00 AM. (Eastern Standard Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

119438086_1

Dated:  February 2, 2017

    /s/Peter C. Hughes
-------
**DILWORTH PAXSON LLP**
Peter C. Hughes (I.D. No. 4180)
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19801
Telephone: (302) 571-9800 Facsimile: (302) 571-8875

-and-

**DILWORTH PAXSON LLP**
James M. Matour (*admitted pro hac vice*)
Peter C. Hughes
Erik L. Coccia (*admitted pro hac vice*)
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7000
Facsimile:  (215) 575-7200

*Proposed Counsel for the Debtor and Debtor in Possession*