| Fill in this information to identify the case: | |
|---|---|
| Debtor name  Prestige Industries LLC | |
| United States Bankruptcy Court for the: District of Delaware (State) | ☒ Check if this is an amended filing |
| Case number (If known): 17-10186(KG) | |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest on a Consolidated Basis Unsecured Claims and Are Not Insiders**                                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ecolab Inc.<br>6634 Rocky Falls Road<br>Charlotte, NC 28211 | Jim.reiser@ecolab.com | | | | | $249,429.59 |
| 2 | U.S. Dept. of Labor<br>299 Cherry Hill Road, Suite 103<br>Parsippany, NJ 07054 | | | | | | $221,950.00 |
| 3 | ConEdison Solutions<br>100 Summit Lake Drive<br>Valhalla, NY 11801 | harmonh@conedsolutions.com | | | | | $179,809.53 |
| 4 | 2101 91st Street, LLC<br>PO Box 35251<br>Newark, NJ 07193-5251 | Pat.leary@hartzmountain.com | | | | | $149,649.06 |
| 5 | Ryder<br>119 Moonachie Avenue<br>Moonachie, NJ 07074 | Gina_maia@ryder.com | | | | | $134,760.48 |
| 6 | Tingue<br>7009 Cessna Drive<br>Greensboro, NC 27409 | mstrauss@tingue.com | | | | | $106,426.36 |
| 7 | Constellation<br>PO Box 5472<br>Carol Stream, IL 60197-5472 | questions@constellation.com | | | | | $101,441.16 |

119426228_3

| # | Creditor | Contact | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 8 | PSEG<br>PO Box 14444<br>New Brunswick, NJ | Pseg-baandr@pseg.com | | | | | $81,667.12 |
| 9 | Jackson Lewis P.C.<br>58 S. Service Road, Suite 250<br>Melville, NY 11747 | trippn@jacksonlewis.com | | | | | $70,943.66 |
| 10 | Direct Machinery<br>50 Commerce Place<br>Hicksville, NY 11801 | rhirsch@directmachinery.com | | | | | $64,271.21 |
| 11 | Mindrich Enterprises, Inc.<br>380 Franklin Turnpike<br>Mahwah, NJ 07430 | scott@mindasupply.com | | | | | $59,873.25 |
| 12 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | P. (800) 528-2122 | | | | | $51,756.26 |
| 13 | Truck Body East<br>50 Main Street<br>Orange, NJ 07050 | nick@truckbodyeast.com | | | | | $43,321.66 |
| 14 | Prestige Poly LLC<br>121-15th Street<br>Brooklyn, NY 11215 | sam@prestigepolybags.com | | | | | $37,850.00 |
| 15 | Nationalgrid<br>2400 Sunrise Highway<br>Bellmore, NY 11215 | P. (800) 930-5003 | | | | | $30,259.17 |
| 16 | Pedowitz Machinery Movers of CT<br>571 Plains Road<br>Milford, CT 06461 | Leanne@pedowitz.com | | | | | $30,000.00 |
| 17 | Larry J. Lichtenegger, Esq.<br>3850 Rio Road, Box 58<br>Carmel, CA 93923 | lawyer@mbay.net | | | | | $26,966.54 |
| 18 | American Packaging Dist. Corp.<br>831 Lincoln Ave., Unit 7<br>West Chester, PA 19380 | webinfo@keypackaging.com | | | | | $23,412.19 |
| 19 | Bryson Casualty Insurance Services, Inc.<br>3777 Long Beach Blvd, Suite 500<br>Long Beach, CA 90807 | P. (562) 435-4267 | | | | | $20,000.00 |
| 20 | Passaic Valley Sewerage Commission<br>600 Wilson Avenue<br>Attn: Finance Dept.<br>Newark, NJ 07105-4814 | | | | | | $19,577.94 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____      ✗ _____
MM / DD / YYYY               Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**        145