# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: PRESTIGE INDUSTRIES, LLC § Case No. 17-10186-JTD
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on January 30, 2017. The case was converted to one under Chapter 7 on January 18, 2019. The undersigned trustee was appointed on January 18, 2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          15,018.41

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 138.65 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]    $          14,879.76

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/29/2019 and the deadline for filing governmental claims was 07/17/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,251.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,017.80, for a total compensation of $2,017.80.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $75.00, for total expenses of $75.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2020     By: /s/JEOFFREY L. BURTCH, TRUSTEE
                         Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10186-JTD  **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE
**Case Name:** PRESTIGE INDUSTRIES, LLC  **Filed (f) or Converted (c):** 01/18/19 (c)
  **§341(a) Meeting Date:** 02/14/19
**Period Ending:** 10/19/20  **Claims Bar Date:** 03/29/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  UNSCHEDULED ESCROW BALANCE  (u) | 10,018.41 | 10,018.41 | | 10,018.41 | FA |
| 2  REMNANT ASSETS  (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| **2  Assets  Totals** (Excluding unknown values) | **$15,018.41** | **$15,018.41** | | **$15,018.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

All scheduled assets administerd in the chapter 11

**Initial Projected Date Of Final Report (TFR):**   September 30, 2020      **Current Projected Date Of Final Report (TFR):**   October 19, 2020  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-10186-JTD  
**Case Name:** PRESTIGE INDUSTRIES, LLC  

**Taxpayer ID #:** **-***3213  
**Period Ending:** 10/19/20  

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)  
**Bank Name:** Mechanics Bank  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/19 | {1} | TRAXI, LLC | ESCROW BALANCE; DEBTOR FINANCIAL CONSULTANT | 1229-000 | 10,018.41 | | 10,018.41 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.00 | 10,010.41 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.99 | 9,994.42 |
| 05/26/20 | {2} | OAK POINT PARTNERS | PER ORDER ENTERED 5/20/2020 @ DI 515 | 1229-000 | 5,000.00 | | 14,994.42 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.97 | 14,978.45 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 25.53 | 14,952.92 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 24.69 | 14,928.23 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 23.06 | 14,905.17 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 25.41 | 14,879.76 |
| | | | **ACCOUNT TOTALS** | | 15,018.41 | 138.65 | $14,879.76 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,018.41 | 138.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,018.41** | **$138.65** | |

Net Receipts :          15,018.41

Net Estate :          $15,018.41

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9266** | 15,018.41 | 138.65 | 14,879.76 |
| | **$15,018.41** | **$138.65** | **$14,879.76** |

{} Asset reference(s)

# Claims Register

### Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date: 03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | PSEGLI<br>15 Park Drive<br>Special Collectons<br>Melville, NY 11747<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/13/17 | | $10,517.58<br>$10,517.58 | $0.00 | $10,517.58 |
| 2 | OMARA ENGINEERING PC<br>RONALD J. O'MARA<br>5813 MAIN STREET<br>WILLIAMSVILLE, NY 14221<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/21/17 | | $3,210.16<br>$3,210.16 | $0.00 | $3,210.16 |
| 3 | Spint Corporation<br>Sprint Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949, KS 66207-0949<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/17 | | $1,135.46<br>$1,135.46 | $0.00 | $1,135.46 |
| 4 | DOL - OSHA<br>US DOL OSHA<br>500 ROUTE 17 SOUTH, 2ND FL.<br>HASBROUCK HEIGHTS, NJ 07604<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/17 | | $69,300.00<br>$69,300.00 | $0.00 | $69,300.00 |
| 5 | PEDOWITZ MACHINERY MOVERS OF CT<br>571 PLAINS ROAD<br>MILFORD, CT 06461<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/17 | | $30,000.00<br>$30,000.00 | $0.00 | $30,000.00 |
| 6 | Suffolk County Water Authority<br>Attn: Simon Saks<br>2045 Route 112, Suite #5<br>Coram, NY 11727<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/17 | | $8,079.57<br>$8,079.57 | $0.00 | $8,079.57 |
| 7 | W.W. Grainger, Inc.<br>7300 North Melvina Ave.<br>MXW22862784089<br>Niles, IL 60714<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/28/17 | | $13,762.39<br>$13,762.39 | $0.00 | $13,762.39 |
| 8P | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5200-00   Unsecured Claims Allowed>,  505 | Priority<br>04/27/17 | | $5,478,399.36<br>$5,478,399.36 | $0.00 | $5,478,399.36 |

# Claims Register

## Case: 17-10186-JTD　PRESTIGE INDUSTRIES, LLC

Claims Bar Date:　03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8U | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>04/27/17 | | $500.00<br>$500.00 | $0.00 | $500.00 |
| 9 | Jackson Lewis P.C.<br>58 South Service Road - Suite 250<br>Melville, NY 11747<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>05/04/17 | | $148,098.26<br>$148,098.26 | $0.00 | $148,098.26 |
| 10 | Amsterdam Hospitality Group, LLC<br>c/o Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017-2803<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>05/19/17 | | $250,000.00<br>$250,000.00 | $0.00 | $250,000.00 |
| 11 | Hartford Fire Insurance Company<br>1 Hartford Plaza, T-12-B<br>Hartford, CT 06155<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>06/15/17 | | $42,170.03<br>$42,170.03 | $0.00 | $42,170.03 |
| 12P | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379<br><5200-00　Unsecured Claims Allowed>,　505 | Priority<br>06/19/17 | | $47,738.95<br>$47,738.95 | $0.00 | $47,738.95 |
| 12U | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>06/19/17 | | $2,750.00<br>$2,750.00 | $0.00 | $2,750.00 |
| 13 | State of New Jersey Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695<br><5200-00　Unsecured Claims Allowed>,　505 | Priority<br>06/19/17 | | $151,200.00<br>$151,200.00 | $0.00 | $151,200.00 |
| 14 | Tingue, Brown and Company<br>535 North Midland Avenue<br>Saddle Brook, NJ 07663<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>06/21/17 | | $110,758.86<br>$110,758.86 | $0.00 | $110,758.86 |

# Claims Register

### Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date: 03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Amilia Caputo<br>Law Office Sellinger and Sellnger<br>1144 Clifton Ave<br>Clifton, NJ 07013<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/23/17 | | $30,000.00<br>$30,000.00 | $0.00 | $30,000.00 |
| 16 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/17 | | $7,313.61<br>$0.00 | $0.00 | $0.00 |
| 16 -2 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/17 | | $7,313.61<br>$7,313.61 | $0.00 | $7,313.61 |
| 17 | PSE&G<br>CREDIT AND COLLECTION CENTER<br>PO BOX 490<br>CRANFORD, NJ 07016-0490<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/17 | | $113,821.65<br>$113,821.65 | $0.00 | $113,821.65 |
| 18 | Minda Supply Co.<br>380 Franklin Tpk.<br>Mahwah, NJ 07430<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/30/17 | | $12,378.15<br>$12,378.15 | $0.00 | $12,378.15 |
| 19 | PRIMO FLEET SERVICE, INC<br>42 SKYLARK LANE<br>LEVITTOWN, NY 11756<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/09/17 | | $2,690.00<br>$2,690.00 | $0.00 | $2,690.00 |
| 20 | Protective Measures Security & Fire Systems LLC<br>305 Palmer Road<br>Denville, NJ 07834<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/10/17 | | $898.00<br>$898.00 | $0.00 | $898.00 |
| 21 | Prestige Poly LLC<br>P.O. Box 150637<br>Brooklyn, NY 11215<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/10/17 | | $44,780.00<br>$44,780.00 | $0.00 | $44,780.00 |

# Claims Register

## Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date:   03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/11/17 | | $42,656.46<br>$42,656.46 | $0.00 | $42,656.46 |
| 23 | David Weber Oil Company<br>601 Industrial Road<br>Carlstadt, NJ 07072<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/12/17 | | $1,470.08<br>$1,470.08 | $0.00 | $1,470.08 |
| 24 | AMERICAN PACKAGING DIST. CORP.<br>831 LINCOLN AVE., UNIT 7<br>WEST CHESTER, PA 19380<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/17/17 | | $23,412.19<br>$23,412.19 | $0.00 | $23,412.19 |
| 25 | Pedowitz Machinery Movers<br>3240 Lawrence Ave.<br>Oceanside, NY 11572<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/17/17 | | $30,000.00<br>$30,000.00 | $0.00 | $30,000.00 |
| 26 | CASCADE WATER SERVICES<br>113 BLOOMINGDALE ROAD<br>HICKSVILLE, NY 11801<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/17/17 | | $14,607.55<br>$14,607.55 | $0.00 | $14,607.55 |
| 27 | National Union Fire Insurance Co of Pittsburgh, Pa<br>80 Pine Street,13th Floor<br>New York, NY 10005<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/21/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 28 | Ink Strokes Inc.<br>2039 Dog Rose Lane<br>Dacula, GA 30019<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/25/17 | | $1,460.13<br>$1,460.13 | $0.00 | $1,460.13 |
| 29P | Constellation Energy Gas Choice, LLC fka<br>Consolidated Edison Solutions, Inc. (Con<br>Susanne Lalonde,1310 Point Street<br>Baltimore, MD 21231<br><5200-00   Unsecured Claims Allowed>,  505 | Priority<br>07/27/17 | | $54,835.04<br>$54,835.04 | $0.00 | $54,835.04 |
| 29U | Constellation Energy Gas Choice, LLC fka<br>Consolidated Edison Solutions, Inc. (Con<br>Susanne Lalonde,1310 Point Street<br>Baltimore, MD 21231 | Unsecured<br>07/27/17 | | $209,374.16<br>$209,374.16 | $0.00 | $209,374.16 |

# Claims Register

Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date: 03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 30 | Adler Tank Rentals, LLC<br>2751 Aaron Street<br>Deer Park, TX 77536 | Unsecured<br>07/28/17 | | $1,760.85<br>$1,760.85 | $0.00 | $1,760.85 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 31 | Waste Management<br>Bankruptcy Department<br>2625 W. Grandview Rd., Ste. 150<br>Phoenix, AZ 85023 | Unsecured<br>07/28/17 | | $6,592.92<br>$6,592.92 | $0.00 | $6,592.92 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 32 | Chubb Insurance Company of New Jersey<br>436 Walnut Street - WA04K<br>Philadelphia, PA 19106 | Unsecured<br>08/02/17 | | $4,951.11<br>$4,951.11 | $0.00 | $4,951.11 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 33 | American Express Travel Related Services<br>Company, Inc.<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured<br>08/07/17 | | $96,874.62<br>$0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 33 -2 | American Express Travel Related Services<br>Company, Inc.<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured<br>08/07/17 | | $96,874.62<br>$96,874.62 | $0.00 | $96,874.62 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 34 | Clickstop dba US Cargo Control<br>PO Box 924<br>Des Moines, IA 50304 | Priority<br>08/08/17 | | $688.00<br>$688.00 | $0.00 | $688.00 |
| | <5200-00  Unsecured Claims Allowed>,  505 | | | | | |
| 35 | NJ Air Quality<br>David DiMaio<br>414 Manhattan Ave.<br>Bayville, NJ 08721 | Unsecured<br>08/10/17 | | $4,500.00<br>$4,500.00 | $0.00 | $4,500.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 36P | Direct Machinery Service Corp.<br>Forchelli, Curto, Deegan, et al<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, NY 11553 | Priority<br>08/11/17 | | $9,148.79<br>$9,148.79 | $0.00 | $9,148.79 |
| | <5200-00  Unsecured Claims Allowed>,  505 | | | | | |

# Claims Register

## Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date:   03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 36U | Direct Machinery Service Corp. <br> Forchelli, Curto, Deegan, et al <br> 333 Earle Ovington Blvd., Suite 1010 <br> Uniondale, NY 11553 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/11/17 | | $68,709.27 <br> $68,709.27 | $0.00 | $68,709.27 |
| 37 | Applied Underwriters Captive Risk Assurance Co. <br> c/o Spencer Y. Kook,Hinshaw & <br> Culbertson LLP,633 West 5th Street, Fort <br> Los Angeles, CA 90071 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/11/17 | | $3,802,345.68 <br> $3,802,345.68 | $0.00 | $3,802,345.68 |
| 38 | Continental Indemnity Company <br> Spencer Y. Kook,Hinshaw & Culbertson <br> LLP,633 West 5th Street, Forty-Seventh F <br> Los Angeles, CA 90071 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/11/17 | | $529,322.68 <br> $529,322.68 | $0.00 | $529,322.68 |
| 39 | Consolidated Edison Solutions, Inc. <br> Danny Garcia <br> 500 Summit Lake Dr., Suite 100B <br> Valhalla, NY 10595 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/11/17 | | $236,909.46 <br> $236,909.46 | $0.00 | $236,909.46 |
| 40 | Medley Capital Corporation, as agent <br> DLA Piper LLP (US), Attn: Stuart M. Brow <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801 <br> <4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>,  100 | Secured <br> 08/11/17 | Trustee did not administer this asset | $22,532,609.89 <br> $0.00 | $0.00 | $0.00 |
| 41P | Ecolab Inc. <br> c/o Kohner, Mann & Kailas, S.C. <br> 4650 North Port Washington Road <br> Milwaukee, WI 53212 <br> <5200-00   Unsecured Claims Allowed>,  505 | Priority <br> 08/11/17 | | $42,671.47 <br> $42,671.47 | $0.00 | $42,671.47 |
| 41U | Ecolab Inc. <br> c/o Kohner, Mann & Kailas, S.C. <br> 4650 North Port Washington Road <br> Milwaukee, WI 53212 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/11/17 | | $354,660.03 <br> $354,660.03 | $0.00 | $354,660.03 |
| 42 | WB Mason Co., Inc. <br> 59 Centre St. <br> Brockton, MA 02301 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 08/14/17 | | $5,245.18 <br> $5,245.18 | $0.00 | $5,245.18 |

# Claims Register

## Case: 17-10186-JTD  PRESTIGE INDUSTRIES, LLC

Claims Bar Date: 03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 43 | SAX, LLP<br>855 Valley Rd.<br>Clifton, NJ 07013<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/14/17 | | $6,787.50<br>$6,787.50 | $0.00 | $6,787.50 |
| 44 | E-Tech, Inc<br>2090 ELM ST SE<br>MINNEAPOLIS, MN 55414-2531<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>08/28/17 | | $2,207.68<br>$2,207.68 | $0.00 | $2,207.68 |
| 45P | Canon Financial Services, Inc.<br>Howard N. Sobel, PA<br>507 Kresson Road<br>Voorhees, NJ 08043<br><5200-00 Unsecured Claims Allowed>, 505 | Priority<br>09/01/17 | | $2,120.31<br>$2,120.31 | $0.00 | $2,120.31 |
| 45U | Canon Financial Services, Inc.<br>Howard N. Sobel, PA<br>507 Kresson Road<br>Voorhees, NJ 08043<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>09/01/17 | | $38,629.65<br>$38,629.65 | $0.00 | $38,629.65 |
| 46 | 2 Wood LLC<br>c/o Nutovic & Associates<br>261 Madison Ave., 26th Floor<br>New York, NY 10016<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/29/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 47 | Intl Longshoremens Assn Local 1964, AFL-CIO<br>11 Teaneck Road<br>Ridgefield Park, NJ 07660<br><5200-00 Unsecured Claims Allowed>, 505 | Priority<br>04/02/18 | | $190,256.00<br>$190,256.00 | $0.00 | $190,256.00 |
| 48 | DOL - OSHA<br>US DOL OSHA<br>500 ROUTE 17 SOUTH, 2ND FL.<br>HASBROUCK HEIGHTS, NJ 07604<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>11/30/18 | | $180,167.00<br>$180,167.00 | $0.00 | $180,167.00 |
| 49 | Truck Body East<br>50 Main Street<br>Orange, NJ 07050<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>01/28/19 | | $44,851.00<br>$44,851.00 | $0.00 | $44,851.00 |

# Claims Register

## Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date:   03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 50 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>02/04/19 | | $14,175.97<br>$14,175.97 | $0.00 | $14,175.97 |
| 51 | New Jersey Department of Labor (ADMINISTRATIVE)<br>Division of Employer Accounts<br>P.O. Box 379<br>Trenton, NJ 08625-0379<br><6820-00   Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter)>,  300 | Admin Ch. 11<br>02/13/19 | | $834.39<br>$834.39 | $0.00 | $834.39 |
| 52 | Applied Underwriters Captive Risk Assurance Co.<br>c/o Spencer Y. Kook,Hinshaw & Culbertson LLP,633 West 5th Street, Fort<br>Los Angeles, CA 90071<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/14/19 | | $3,802,345.68<br>$3,802,345.68 | $0.00 | $3,802,345.68 |
| 53 | Continental Indemnity Company<br>Spencer Y. Kook,Hinshaw & Culbertson LLP,633 West 5th Street, Forty-Seventh F<br>Los Angeles, CA 90071<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/14/19 | | $529,322.68<br>$529,322.68 | $0.00 | $529,322.68 |
| 54 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/15/19 | | $86.06<br>$86.06 | $0.00 | $86.06 |
| 55 | Medley Capital Corporation, as agent<br>DLA Piper LLP (US), Attn: Stuart M. Brow<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>,  100 | Secured<br>03/28/19 | Trustee did not administer this asset | $22,532,609.89<br>$0.00 | $0.00 | $0.00 |
| SKEXP | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>919 N. MARKET STREET, SUITE 460<br><br>WILMINGTON, DE 19801<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>01/18/19 | Per Application filed 10/01/2020 @ DI 517 | $337.67<br>$337.67 | $0.00 | $337.67 |

# Claims Register

## Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date:   03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SKFEE | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>919 N. MARKET STREET, SUITE 460<br><br>WILMINGTON, DE 19801<br><3210-00   Attorney for Trustee Fees (Other Firm)>, 201 | Admin Ch. 7<br>01/18/19 | Per Application filed 10/01/2020 @ DI 517 | $12,442.50<br>$12,442.50 | $0.00 | $12,442.50 |
| TRAXI | TRAXI LLC<br>ATTN: ROBERT J IOMMAZZO<br>18 BANK ST, SUITE 200<br>SUMMIT, NJ 07901<br><br><6700-00   Other Professional Fees (Prior Chapter)>, 300 | Admin Ch. 11<br>02/22/19 | Per Schedule of Unpaid Post-Petition Debts entered 2/22/2019 @ DI 496 | $20,250.00<br>$20,250.00 | $0.00 | $20,250.00 |
| DI506E | DILWORTH PAXSON LLP<br>ATTN: PETER C HUGHES<br>704 KING STREET, SUITE 500<br>WILMINGTON, DE 19801<br><6710-00   Other Professional Expenses (Prior Chapter)>, 300 | Admin Ch. 11<br>04/17/19 | Per Order entered 4/17/2019 @ DI 506 | $259.33<br>$259.33 | $0.00 | $259.33 |
| DI506F | DILWORTH PAXSON LLP<br>ATTN: PETER C HUGHES<br>704 KING STREET, SUITE 500<br>WILMINGTON, DE 19801<br><6700-00   Other Professional Fees (Prior Chapter)>, 300 | Admin Ch. 11<br>04/17/19 | Per Order entered 4/17/2019 @ DI 506 | $122,682.62<br>$122,682.62 | $0.00 | $122,682.62 |
| DI508E | WHITEFORD TAYLOR & PRESTON LLC<br>ATTN: STEPHEN B GERALD<br>405 NORTH KING STREET, SUITE 500<br>WILMINGTON, DE 19801<br><6710-00   Other Professional Expenses (Prior Chapter)>, 300 | Admin Ch. 11<br>05/07/19 | Per Order entered 5/07/2019 @ DI 508 | $7,532.88<br>$7,532.88 | $0.00 | $7,532.88 |
| DI508F | WHITEFORD TAYLOR & PRESTON LLC<br>ATTN: STEPHEN B GERALD<br>405 NORTH KING STREET, SUITE 500<br>WILMINGTON, DE 19801<br><6700-00   Other Professional Fees (Prior Chapter)>, 300 | Admin Ch. 11<br>05/07/19 | Per Order entered 5/07/2019 @ DI 508 | $153,469.50<br>$153,469.50 | $0.00 | $153,469.50 |
| LOWSAN | LOWENSTEIN SANDLER LLP<br>ATTN: DAVID M BANKER, ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br><br><6700-00   Other Professional Fees (Prior Chapter)>, 300 | Admin Ch. 11<br>02/22/19 | Per Schedule of Unpaid Post-Petition Debts entered 2/22/2019 @ DI 496 | $50,108.05<br>$50,108.05 | $0.00 | $50,108.05 |

# Claims Register

### Case: 17-10186-JTD    PRESTIGE INDUSTRIES, LLC

Claims Bar Date: 03/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| USTFEE | OFFICE OF THE UNITED STATES TRUSTEE<br>J CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON, DE 19801<br><2950-00   U.S. Trustee Quarterly Fees>,  200 | Admin Ch. 7<br>01/18/19 | | $1,300.00<br>$1,300.00 | $0.00 | $1,300.00 |
| TRSTEXP | JEOFFREY L. BURTCH, TRUSTEE<br>P.O. BOX 549<br>WILMINGTON, DE 19899-0549<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>01/18/19 | | $75.00<br>$75.00 | $0.00 | $75.00 |
| TRSTFEE | JEOFFREY L. BURTCH, TRUSTEE<br>P.O. BOX 549<br>WILMINGTON, DE 19899-0549<br><2100-00   Trustee Compensation>,  201 | Admin Ch. 7<br>01/18/19 | | $2,251.84<br>$2,251.84 | $0.00 | $2,251.84 |
| | | | **Case Total:** | | $0.00 | $17,304,191.01 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10186-JTD
Case Name: PRESTIGE INDUSTRIES, LLC
Trustee Name: JEOFFREY L. BURTCH, TRUSTEE

**Balance on hand:** $ 14,879.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 40 | Medley Capital Corporation, as agent | 22,532,609.89 | 0.00 | 0.00 | 0.00 |
| 55 | Medley Capital Corporation, as agent | 22,532,609.89 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,879.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 2,251.84 | 0.00 | 2,017.80 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 75.00 | 0.00 | 75.00 |
| Attorney for Trustee, Fees - LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 12,442.50 | 0.00 | 11,149.29 |
| Attorney for Trustee, Expenses - LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 337.67 | 0.00 | 337.67 |
| Fees, United States Trustee | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses: $ 14,879.76
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: DILWORTH PAXSON LLP | 122,682.62 | 0.00 | 0.00 |
| Other Expenses: DILWORTH PAXSON LLP | 259.33 | 0.00 | 0.00 |
| Other Fees: LOWENSTEIN SANDLER LLP | 50,108.05 | 0.00 | 0.00 |
| Other Fees: TRAXI LLC | 20,250.00 | 0.00 | 0.00 |
| Other Fees: WHITEFORD TAYLOR & PRESTON LLC | 153,469.50 | 0.00 | 0.00 |
| Other Expenses: New Jersey Department of Labor (ADMINISTRATIVE) | 834.39 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---:|---:|---:|
| Other Expenses: WHITEFORD TAYLOR & PRESTON LLC | 7,532.88 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,977,057.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8P | Department of the Treasury | 5,478,399.36 | 0.00 | 0.00 |
| 12P | State of New Jersey | 47,738.95 | 0.00 | 0.00 |
| 13 | State of New Jersey Division of Taxation | 151,200.00 | 0.00 | 0.00 |
| 29P | Constellation Energy Gas Choice, LLC fka | 54,835.04 | 0.00 | 0.00 |
| 34 | Clickstop dba US Cargo Control | 688.00 | 0.00 | 0.00 |
| 36P | Direct Machinery Service Corp. | 9,148.79 | 0.00 | 0.00 |
| 41P | Ecolab Inc. | 42,671.47 | 0.00 | 0.00 |
| 45P | Canon Financial Services, Inc. | 2,120.31 | 0.00 | 0.00 |
| 47 | Intl Longshoremens Assn Local 1964, AFL-CIO | 190,256.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 6,343,803.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PSEGLI | 10,517.58 | 0.00 | 0.00 |
| 2 | OMARA ENGINEERING PC | 3,210.16 | 0.00 | 0.00 |
| 3 | Spint Corporation | 1,135.46 | 0.00 | 0.00 |
| 4 | DOL - OSHA | 69,300.00 | 0.00 | 0.00 |
| 5 | PEDOWITZ MACHINERY MOVERS OF CT | 30,000.00 | 0.00 | 0.00 |
| 6 | Suffolk County Water Authority | 8,079.57 | 0.00 | 0.00 |
| 7 | W.W. Grainger, Inc. | 13,762.39 | 0.00 | 0.00 |
| 8U | Department of the Treasury | 500.00 | 0.00 | 0.00 |
| 9 | Jackson Lewis P.C. | 148,098.26 | 0.00 | 0.00 |
| 10 | Amsterdam Hospitality Group, LLC | 250,000.00 | 0.00 | 0.00 |
| 11 | Hartford Fire Insurance Company | 42,170.03 | 0.00 | 0.00 |
| 12U | State of New Jersey | 2,750.00 | 0.00 | 0.00 |
| 14 | Tingue, Brown and Company | 110,758.86 | 0.00 | 0.00 |
| 15 | Amilia Caputo | 30,000.00 | 0.00 | 0.00 |
| 16 | GreatAmerica Financial Services Corporation | 0.00 | 0.00 | 0.00 |
| 16 -2 | GreatAmerica Financial Services Corporation | 7,313.61 | 0.00 | 0.00 |
| 17 | PSE&G | 113,821.65 | 0.00 | 0.00 |
| 18 | Minda Supply Co. | 12,378.15 | 0.00 | 0.00 |
| 19 | PRIMO FLEET SERVICE, INC | 2,690.00 | 0.00 | 0.00 |
| 20 | Protective Measures Security & Fire Systems LLC | 898.00 | 0.00 | 0.00 |
| 21 | Prestige Poly LLC | 44,780.00 | 0.00 | 0.00 |
| 22 | National Grid | 42,656.46 | 0.00 | 0.00 |
| 23 | David Weber Oil Company | 1,470.08 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 24 | AMERICAN PACKAGING DIST. CORP. | 23,412.19 | 0.00 | 0.00 |
| 25 | Pedowitz Machinery Movers | 30,000.00 | 0.00 | 0.00 |
| 26 | CASCADE WATER SERVICES | 14,607.55 | 0.00 | 0.00 |
| 27 | National Union Fire Insurance Co of Pittsburgh, Pa | 0.00 | 0.00 | 0.00 |
| 28 | Ink Strokes Inc. | 1,460.13 | 0.00 | 0.00 |
| 29U | Constellation Energy Gas Choice, LLC fka | 209,374.16 | 0.00 | 0.00 |
| 30 | Adler Tank Rentals, LLC | 1,760.85 | 0.00 | 0.00 |
| 31 | Waste Management | 6,592.92 | 0.00 | 0.00 |
| 32 | Chubb Insurance Company of New Jersey | 4,951.11 | 0.00 | 0.00 |
| 33 | American Express Travel Related Services | 0.00 | 0.00 | 0.00 |
| 33 -2 | American Express Travel Related Services | 96,874.62 | 0.00 | 0.00 |
| 35 | NJ Air Quality | 4,500.00 | 0.00 | 0.00 |
| 36U | Direct Machinery Service Corp. | 68,709.27 | 0.00 | 0.00 |
| 37 | Applied Underwriters Captive Risk Assurance Co. | 3,802,345.68 | 0.00 | 0.00 |
| 38 | Continental Indemnity Company | 529,322.68 | 0.00 | 0.00 |
| 39 | Consolidated Edison Solutions, Inc. | 236,909.46 | 0.00 | 0.00 |
| 41U | Ecolab Inc. | 354,660.03 | 0.00 | 0.00 |
| 42 | WB Mason Co., Inc. | 5,245.18 | 0.00 | 0.00 |
| 43 | SAX, LLP | 6,787.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,611,785.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 44 | E-Tech, Inc | 2,207.68 | 0.00 | 0.00 |
| 45U | Canon Financial Services, Inc. | 38,629.65 | 0.00 | 0.00 |
| 46 | 2 Wood LLC | 0.00 | 0.00 | 0.00 |
| 48 | DOL - OSHA | 180,167.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 49 | Truck Body East | 44,851.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 50 | Uline Shipping Supplies | 14,175.97 | 0.00 | 0.00 |
| 52 | Applied Underwriters Captive Risk Assurance Co. | 3,802,345.68 | 0.00 | 0.00 |
| 53 | Continental Indemnity Company | 529,322.68 | 0.00 | 0.00 |
| 54 | Verizon by American InfoSource as agent | 86.06 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**